Tampa Bay Shipbuilding & Repair Company v. M/V Sapphire Express     Doc. 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

FILED 06 JUN 15 PH 4:10
CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

TAMPA BAY SHIPBUILDING &
REPAIR COMPANY,

        Plaintiff,

vs.

M/V SAPPHIRE EXPRESS, her engines,
boilers, tackle, etc., *in rem*,

        Defendant.
_____/

CASE NO.: 8:06-CV-1119-T-24(TBM)

### ORDER APPOINTING SUBSTITUTE CUSTODIAN

THIS CAUSE having come before this Court upon the Motion of Plaintiff, Tampa Bay Shipbuilding & Repair Company for appointment of Tampa Bay Shipbuilding & Repair Company as Substitute Custodian, and the Court having reviewed the Motion and Exhibit A attached thereto, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the U.S. Marshal for the Middle District of Florida be, and is, hereby authorized and directed forthwith to surrender the possession of the Defendant vessel to the Substitute Custodian, Tampa Bay Shipbuilding & Repair Company and that upon such surrender the Marshal shall be discharged from his duties and responsibilities for the safe keeping of said vessel and held harmless from any and all claims arising whatever out of the said substituted possession and safe keeping;

That Tampa Bay Shipbuilding & Repair Company be and the same is hereby appointed

TA.131597.1          1

Custodian of Defendant vessel to retain the same in its custody and control for safe keeping for compensation pursuant to the schedule attached to the Motion to Appoint Substitute Custodian until further Order of this Court;

That all expenses for the safe keeping of the Defendant vessel shall be deemed administrative expenses of the Marshal; and that a copy of this Order shall be served by Plaintiff's attorney upon any party filing a claim of owner of Defendant vessel.

DONE AND ORDERED at Tampa, Florida, this 15th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Conformed copy furnished to:

Phelps Dunbar LLP
Substitute Custodian
U.S. Marshal